# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIAN ANTONIO DIAZ,
                Appellant,
                vs.
THE STATE OF NEVADA,
                Respondent.

No. 79587

**FILED**

SEP 3 0 2019

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on June 5, 2019. Appellant did not file the notice of appeal, however, until September 5, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-40571b

cc: Hon. Cristina D. Silva, District Judge
Julian Antonio Diaz
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A